1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9    Dennis Ephram Chambers,              No. CV-16-00694-PHX-DLR

10                 Petitioner,            **ORDER**

11   v.

12   Charles L Ryan, et al.,

13                 Respondents.

14

15

16          Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge

17   Michelle Burns, which recommends dismissing Petitioner's Petition for Writ of Habeas

18   Corpus.  (Doc. 18.)  The Magistrate Judge advised the parties that they had fourteen days

19   to file objections to the R&R and that failure to file timely objections could be considered

20   a waiver of the right to obtain review of the R&R.  (*Id.* at 7-8 (citing Fed. R. Civ. P.

21   72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

22          Neither party filed objections, which relieves the Court of its obligation to review

23   the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985)

24   ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the

25   subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de

26   novo any part of the magistrate judge's disposition that has been properly objected to.").

27   The Court has nonetheless reviewed the R&R and agrees with Magistrate Judge Burns'

28   recommendations.  The Court will accept the R&R and deny the Petition.  *See* 28 U.S.C.

§ 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

IT IS ORDERED that Magistrate Judge Burns' R&R (Doc. 18) is ACCEPTED, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED, a Certificate of Appealability is DENIED, and Petitioner may not proceed in forma pauperis on appeal. The Clerk shall terminate this action.

Dated this 3rd day of November, 2016.

Douglas L. Rayes
United States District Judge